IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

**ORDER OF TRANSFER**

With the consent of the Honorable Gary A. Fenner, the civil cases listed on Attachment A to this order are hereby transferred to Judge Bough.

IT IS SO ORDERED.

/s/ Greg Kays
Greg Kays, Chief Judge
United States District Court

Date: January 22, 2015

| Case No. | Transferee Judge | Style of Case |
| --- | --- | --- |
| 12-5120 | GAF | Wright, et al v. Wells Fargo Bank, N.A. et al |
| 13-5020 | GAF | The Church of Jesus Christ Christian v. Right Choice Managed Care, et al |
| 14-5079 | GAF | Arde's Bistro & Catering, LLC v. Continental Western Insurance |
| 12-3387 | GAF | City of Branson, Missouri v. Fidelity Title Insurance Company |
| 13-3061 | GAF | Levy v. TD Ameritrade |
| 13-3482 | GAF | Hagar v. Gillman et al |
| 14-3458 | GAF | Wyatt et al v. Safeco Insurance Company of Illinois |
| 14-3470 | GAF | Coates v. Reliable Automotive, Inc., et al |
| 14-3479 | GAF | VSSI, Inc. v. Olympic Veterinary Corporation |
| 13-5038 | GAF | Nelson v. Joplin City Police Officer et al |
| 13-5078 | GAF | Escobedo v. Jasper County Jail et al |
| 13-3295 | GAF | Fonseca et al v. Arnott et al |
| 14-3015 | GAF | Stewart v. Hurley |
| 14-3097 | GAF | Phelps v. Sanders |
| 14-3199 | GAF | Burns v. Coleman |
| 14-3551 | GAF | Andrews v. Sanders |
| 15-5004 | GAF | Harris v. Huff |
| 15-3011 | GAF | Eskridge v. Iqbal |